MARCUS R. MUMFORD (Utah Bar No. 12737)
Mumford West & Snow LLC
15 West South Temple, Ste. 1000
Salt Lake City, UT 84101
Tel: (801) 559-0020
Fax: (801) 559-0021
mrm@mumfordwest.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| Jon Van de Grift, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Richard Higgins, et al.,<br><br>　　　　Defendants. | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**<br><br><br>Civil No.  2:10-cv-01057-CW<br><br>Judge Clark Waddoups |
|---|---|

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs in the above titled action, by and through counsel, voluntarily dismiss this action.  Pursuant to Fed. R. Civ. P. 41(a)(1)(B), the dismissal is without prejudice.

　　　　DATED this 12th day of April, 2011.

　　　　　　　　　　　　　　　　　　　　*/s/ Marcus R. Mumford*

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs